IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERQUIADES MARTINEZ,<br>    Movant<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CRIMINAL CASE NO.<br>1:07-CR-257-01-JEC<br><br>CIVIL ACTION FILE NO.<br>1:10-CV-1329-JEC |

**<u>ORDER</u>**

The above action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [915] recommending denying the above criminal defendant's Motion to Vacate Sentence [871].

The defendant filed no objections to the Report and Recommendation [915]. Nevertheless, the Court sought further clarification from the Government as to the basis for the calculations that gave rise to the mandatory-minimum sentence imposed upon the defendant at sentencing. The Government filed that response [941] and the defendant filed a reply [943] to the Government's response.

Upon consideration of the Final Report and Recommendation [915], as well as the Government's supplemental response and the defendant's reply to that response, the Court adopts the magistrate judge's Report and Recommendation and **DENIES** defendant's Motion to Vacate

Sentence [871].  It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED this 14th day of MARCH, 2013.

<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

2

AO 72A
(Rev.8/82)